GERHARD BECKER, Respondent, v. JAMES P. FAIRLEY, Administrator of MARY HAGGERTY, Appellant.

### St. Louis Court of Appeals, April 29, 1890.

**Practice, Appellate :** AFFIRMANCE FOR FAILURE TO FILE TRANSCRIPT. The fact that an administrator *de bonis non* is without funds belonging to the estate, and, therefore, without means for the payment of the cost of a transcript of a cause appealed by his predecessor, is no reason why the judgment appealed from should not be affirmed for failure to file such transcript.

*Appeal from the St. Louis City Circuit Court.*—HON. GEO. W. LUBKE, Judge.

AFFIRMED.

ROMBAUER, P. J.—The plaintiff recovered judgment against Fairley as administrator in the circuit court, from which Fairley took an appeal to this court September 6, 1888. In January, 1889, Fairley's letters of administration were revoked, and in January, 1890, Ten Broek was appointed administrator *de bonis non*. No transcript of the record was ever filed in this court by the appellant. The plaintiff now produces such transcript and moves for an affirmance of the judgment.

The only cause shown by Ten Broek, administrator, why the judgment should not be affirmed, is that his predecessor Fairley converted the assets of the estate to his own use, and there are no means of the estate whatever wherewith he could have paid for a transcript.

This statement is not even accompanied by an affidavit.

An administrator in this state may appeal without bond, and the appeal of itself operates as a *supersedeas*. This fact furnishes another reason why he, above all others, should be held to a diligent prosecution of his appeal. The statement shows no good cause against the affirmance of the judgment.

Judgment affirmed. All concur.

41   53
42   651

41   53
92   348

41   53
94   ²622

41   53
97   ²156